**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ALISSON BENTO DE OLIVEIRA
***Petitioner***,

v.

LUIS SOTO,
in his official capacity as Director/Warden of Delaney Hall Detention Facility;

ARTHUR J. WILSON, JR.
in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement;

TODD BLANCHE,
in his official capacity as Attorney General, U.S. Department of Justice;

MARKWAYNE MULLIN,
in his official capacity as Acting Secretary, U.S. Department of Homeland Security; and

DAVID J. VENTURELLA,
in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement;
***Respondents.***

**Civil Action No.:**

**2:26-cv-12394-KSH**

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that Petitioner ALISSON BENTO DE OLIVEIRA through undersigned counsel, voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Alternatively, if Respondents' letter (ECF No. 8) precludes dismissal by notice, Petitioner requests dismissal without prejudice pursuant to Rule 41(a)(2).

**Dated:11/03/26**

Respectfully Submitted,

Alejandra Minogue

Alexandra Minogue, Esq.

SO ORDERED this day of November 4, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ